AO 245A  (Rev. 12/03) Judgment of Acquittal

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 14 2025

TAMMY H. DOWNS, CLERK
By: _____ /s/ _____ DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

TERILYN TITTERINGTON

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 4:22-cr-00357 KGB

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kristine M. Baker_
Signature of Judge

Kristine G. Baker - District Judge
Name of Judge                Title of Judge

April 14, 2025
Date